# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Anthony Peraza, Individually, and Estate of Jeffrey Scott DeWitt, deceased, by his brother and successor in interest, Anthony Peraza
                                        Plaintiff
vs.

County of San Diego, and DOES 1-20 inclusive
                                        Defendants

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1593 BTM POR

FILED 2008 AUG 29 PM 2:52

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Bing I. Bush, Jr. (SBN #139308)
Law Offices of Bing I. Bush, Jr. APC
1330 Camino Del Mar
Del Mar, CA. 92014
(858) 259-7540

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMERLY

AUG 29 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)