.BING I. BUSH, JR. ESQ. (SBN 139308)
**LAW OFFICES OF BING I. BUSH, JR., APC**
1330 Camino Del Mar
Del Mar, CA 92014
(858) 259-7540
(858) 259-7551
Offices also in Lexington, Kentucky

Attorney for Plaintiff,
ANTHONY PERAZA, AND
ESTATE OF JEFFREY SCOTT DEWALL

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| Anthony Peraza, Individually, and ESTATE OF Jeffrey Scott Dewall, deceased, by his Brother and successor in interest Anthony Peraza,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN DIEGO; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 08 CV 1593TSTM POR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
|---|---|

Notice is hereby given that pursuant to Fed. R. Civ. Pro. 41 (a), Plaintiffs voluntarily dismiss the above captioned action with prejudice.

DATED:     October 14, 2008      LAW OFFICES OF BING I. BUSH, JR, A P.C.

_____
Bing I. Bush, Jr.
Attorney for Plaintiffs

1

NOTICE OF VOLUNTARY DISMISSAL